UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. **4:26-cr-200** |
| | § | |
| LANDON WAYNE SWONKE | § | |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### **Count 1**
(Chop Shop)

From July 2022 and continuing thereafter until the return of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly own, operate, maintain, and control a chop shop and conduct operations in a chop shop, that is, a building, lot, facility or other structure and premises where one or more persons engage in receiving, concealing, destroying, disassembling, dismantling, reassembling, and storing any passenger motor vehicle or motor vehicle part which has been unlawfully obtained in order to alter, counterfeit, deface, destroy, disguise, falsify, forge, obliterate and remove the identity, including the vehicle identification number or derivative thereof, of such motor vehicle or motor vehicle part, and to distribute, sell or dispose of such motor

1

vehicle or motor vehicle part in interstate commerce.

In violation of Title 18, United States Code, Sections 2322 and 2.

## Count 2
(Sale or Possession of Stolen Vehicles)

On or about March 2, 2023, in the Southern District of Texas and within the

jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly receive, possess, conceal, store, barter, sell and dispose of a motor

vehicle, that is, a 2021 Dodge Ram TRX bearing the altered vehicle identification

number 1C6SRFRT1KN855284, which vehicle had crossed a State boundary after

being stolen, to-wit: said vehicle having been stolen on or about May 6, 2023, in

Dallas, Texas and subsequently transported to the State of Iowa, knowing the same

to have been stolen.

In violation of Title 18, United States Code, Sections 2313 and 2.

## Count 3
(Sale or Possession of Stolen Vehicles)

On or about June 29, 2023, in the Southern District of Texas and within the

jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly receive, possess, conceal, store, barter, sell and dispose of a motor

vehicle, that is, a 2022 GMC Sierra 2500HD AT4 bearing the altered vehicle

2

identification number 1GC4YREY8LF117260, which vehicle had crossed a State boundary after being stolen, to-wit, said vehicle having been stolen on or about May 14, 2023, in Houston, Texas and subsequently transported to the State of Tennessee, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2313 and 2.

## Count 4
(Sale or Possession of Stolen Vehicles)

On or about August 7, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly receive, possess, conceal, store, barter, sell and dispose of a motor vehicle, that is, a 2022 GMC Sierra 2500HD Denali bearing the altered vehicle identification number 1GT29LE78NF230248, which vehicle had crossed a State boundary after being stolen, to-wit, said vehicle having been stolen on or about June 7, 2023, in Houston, Texas and subsequently transported to the State of Tennessee, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2313 and 2.

## Count 5
(Trafficking in Certain Motor Vehicles)

On or about January 19, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly buy, receive, possess, and obtain control of, with the intent to sell or otherwise dispose of a motor vehicle, to-wit: a 2019 Chevrolet Corvette Z06 bearing altered vehicle identification number 1G1YB2D71K5113535, knowing that the identification number for such motor vehicle had been removed, obliterated, tampered with and altered.

In violation of Title 18, United States Code, Sections 2321(a) and 2.

## Count 6
(Trafficking in Certain Motor Vehicles)

On or about January 19, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly buy, receive, possess, and obtain control of, with the intent to sell or otherwise dispose of a motor vehicle, to-wit: a 2020 Dodge Charger SRT Hellcat bearing altered vehicle identification number 2C3CDXCT1JH313141, knowing that the identification number for such motor vehicle had been removed, obliterated, tampered with and altered.

In violation of Title 18, United States Code, Sections 2321(a) and 2.

## Count 7
(Trafficking in Certain Motor Vehicles)

On or about January 19, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly buy, receive, possess, and obtain control of, with the intent to sell or otherwise dispose of, a motor vehicle, to-wit: a 2023 Cadillac Escalade V bearing altered vehicle identification number 1GYS4HK94PR509791, knowing that the identification number for such motor vehicle had been removed, obliterated, tampered with and altered.

In violation of Title 18, United States Code, Sections 2321(a) and 2.

## Count 8
(Conspiracy to Launder Monetary Instruments)

From July 2022 and continuing thereafter until the return of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury to knowingly conduct and attempt to conduct financial transactions, to-wit: the transfer, delivery and other disposition of monetary instruments and the movement of funds by wire or other means, that affected interstate and foreign commerce and involved the proceeds of a specified unlawful

5

activity, that is, the sale and possession of stolen motor vehicles in violation of Title 18, United States Code Section 2313 and trafficking in certain motor vehicles in violation of Title 18, United States Code, Section 2321(a), with the intent to promote the carrying on of such specified unlawful activity and that while conducting or attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(A)(i).

### Count 9
(Conspiracy to Engage Transactions in Criminally Derived Property)

From July 2022 and continuing thereafter until the return of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendant

LANDON WAYNE SWONKE

did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury to engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000, to-wit: a deposit, withdrawal, transfer, and exchange of United States currency of approximately $392,841.68, by, through or to a financial institution, such property having been derived from a specified unlawful activity, that is, the sale and possession of stolen

6

vehicles in violation of Title 18, United States Code § 2313 and trafficking in certain motor vehicles in violation of Title 18, United States Code, Section 2321(a),.

In violation of Title 18, United States Code, Sections 1956(h) and 1957(a).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

*Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney

*Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

7